Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Massachusetts**
(State)

Case number (If known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**  Garber Bros., Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __ __ – __ __ __ 7 2 2 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   Route 139 Kay Way
   Number    Street

   _____

   Stoughton          MA    02072
   City              State  ZIP Code

   Norfolk
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   _____

   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor   Garber Bros., Inc._____     Case number (if known)_____
         Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | http://www.garberbros.com/ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | |   District _____ Date filed _____ Case number, if known _____ |
| | |                                MM / DD / YYYY |
| | |   Debtor _____ Relationship _____ |
| | |   District _____ Date filed _____ Case number, if known _____ |
| | |                                MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 2

Debtor    Garber Bros., Inc.
         Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| BIC USA Inc. | Goods Sold | $ 85,537.38 |
| Conagra Brands, Inc. | Goods Sold | $ 78,543.60 |
| General Mills, Inc. | Goods Sold | $ 101,696.47 |
| | Total of petitioners' claims | $ 265,777.45 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

BIC USA Inc
Name

1 BIC Way #1
Number   Street

Shelton        CT      06484
City           State   ZIP Code

Name and mailing address of petitioner's representative, if any

Paul Floridia
Name

1 BIC Way #1
Number   Street

Shelton        CT      06484
City           State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/01/2017
            MM / DD /YYYY

x _Paul Floridia_ (signature)
Signature of petitioner or representative, including representative's title

**Attorneys**

Janet E. Bostwick, Esq.
Printed name

Janet E. Bostwick, PC
Firm name, if any

295 Devonshire Street
Number   Street

Boston          MA      02110
City            State   ZIP Code

Contact phone  617.956.2670    Email jeb@bostwicklaw.com

Bar number  050460

State  MA

x _Janet E Bostwick_ (signature)
Signature of attorney

Date signed  05/15/2017
             MM / DD /YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor   Garber Bros., Inc.
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

Conagra Brands, Inc.
Name

222 W. Merchandise Mart Plaza #1300
Number   Street

Chicago                        IL        60654
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Bob Ellis
Name

222 W. Merchandise Mart Plaza #1300
Number   Street

Chicago                        IL        60654
City                           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _B. Ellis_ Mgr Global Credit
Signature of petitioner or representative, including representative's title

Janet E. Bostwick, Esq.
Printed name

Janet E. Bostwick, PC
Firm name, if any

295 Devonshire Street
Number   Street

Boston                         MA        02110
City                           State     ZIP Code

Contact phone  617.956.2670    Email jeb@bostwicklaw.com

Bar number    050460

State         MA

✗ _Janet E. Bostwick_
Signature of attorney

Date signed  05/15/2017
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  Garber Bros., Inc.  
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Conagra Brands, Inc.  
Name

222 W. Merchandise Mart Plaza #1300  
Number  Street

Chicago        IL        60654  
City           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Bob Ellis  
Name

222 W. Merchandise Mart Plaza #1300  
Number  Street

Chicago        IL        60654  
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

Janet E. Bostwick, Esq.  
Printed name

Janet E. Bostwick, PC  
Firm name, if any

295 Devonshire Street  
Number  Street

Boston        MA        02110  
City          State     ZIP Code

Contact phone 617.956.2670   Email jeb@bostwicklaw.com

Bar number 050460

State MA

X *Janet E Bostwick*  
Signature of attorney

Date signed 05/15/2017  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

General Mills, Inc.  
Name

1 General Mills Blvd.  
Number  Street

Minneapolis    MN        55426  
City           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brian Northrop  
Name

1 General Mills Blvd.  
Number  Street

Minneapolis    MN        55426  
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/12/2017  
MM / DD / YYYY

X *B. Northrop*, Sr. Credit Manager  
Signature of petitioner or representative, including representative's title

Janet E. Bostwick, Esq.  
Printed name

Janet E. Bostwick, PC  
Firm name, if any

295 Devonshire Street  
Number  Street

Boston        MA        02110  
City          State     ZIP Code

Contact phone 617.956.2670   Email jeb@bostwicklaw.com

Bar number 050460

State MA

X *Janet E Bostwick*  
Signature of attorney

Date signed 05/15/2017  
MM / DD / YYYY

---

Debtor  Garber Bros., Inc. _____     Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mars Financial Services | Goods Sold | $ 319,288.57 |
| Mondelez | Goods Sold | $ 146,088.75 |
| Nestlé USA | Goods Sold | $ 412,635.31 |
| | Total of petitioners' claims | $ 878,012.63 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Mars Financial Services
Name

~~6885 Elm Street~~ 100 INTERNATIONAL DRIVE
Number  Street

~~McLean~~ MT. OLIVE    ~~VA~~ NJ    07840 ~~22101~~
City                    State       ZIP Code

Name and mailing address of petitioner's representative, if any

Joe Hernandez
Name

~~6885 Elm Street~~ 100 INTERNATIONAL DRIVE
Number  Street

~~McLean~~ MT. OLIVE    ~~VA~~ NJ    07840 ~~22101~~
City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/1/2017
             MM / DD / YYYY

X _J. Hernan_____ Credit Manager CUE
Signature of petitioner or representative, including representative's title

**Attorneys**

Janet E. Bostwick, Esq.
Printed name

Janet E. Bostwick, PC
Firm name, if any

295 Devonshire Street
Number  Street

Boston                  MA          02110
City                    State       ZIP Code

Contact phone  617.956.2670   Email jeb@bostwicklaw.com

Bar number  050460

State  MA

X _Janet E Bostwick_____
Signature of attorney

Date signed  05/15/2017
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor __Garber Bros., Inc._____  Case number (if known)_____
Name

### Name and mailing address of petitioner

Name: Mondelez
Number Street: 100 Deforest Ave
City: East Hanover  State: NJ  ZIP Code: 07936

### Name and mailing address of petitioner's representative, if any

Name: Michael Leier
Number Street: 100 Deforest Ave
City: East Hanover  State: NJ  ZIP Code: 07936

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/15/2017 (MM/DD/YYYY)

x _(signed) Mike Leier_
Signature of petitioner or representative, including representative's title

---

Printed name: Janet E. Bostwick, Esq.
Firm name, if any: Janet E. Bostwick, PC
Number Street: 295 Devonshire Street
City: Boston  State: MA  ZIP Code: 02110
Contact phone: 617.956.2670  Email: jeb@bostwicklaw.com
Bar number: 050460
State: MA

x _(signed) Janet E. Bostwick_
Signature of attorney

Date signed: 05/15/2017 (MM/DD/YYYY)

---

### Name and mailing address of petitioner

Name: Nestlé USA
Number Street: 800 North Brand Blvd.
City: Glendale  State: CA  ZIP Code: 91203

### Name and mailing address of petitioner's representative, if any

Name: Pete Knox
Number Street: 800 North Brand Blvd.
City: Glendale  State: CA  ZIP Code: 91203

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

x _____
Signature of petitioner or representative, including representative's title

---

Printed name: Janet E. Bostwick, Esq.
Firm name, if any: Janet E. Bostwick, PC
Number Street: 295 Devonshire Street
City: Boston  State: MA  ZIP Code: 02110
Contact phone: 617.956.2670  Email: jeb@bostwicklaw.com
Bar number: 050460
State: MA

x _(signed) Janet E. Bostwick_
Signature of attorney

Date signed: 05/15/2017 (MM/DD/YYYY)

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

Debtor  Garber Bros., Inc.          Case number (if known) _____

### Name and mailing address of petitioner

Name: Mondelez
Number Street: 100 Deforest Ave
City: East Hanover   State: NJ   ZIP Code: 07936

### Name and mailing address of petitioner's representative, if any

Name: Michael Leier
Number Street: 100 Deforest Ave
City: East Hanover   State: NJ   ZIP Code: 07936

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Janet E. Bostwick, Esq.
Firm name, if any: Janet E. Bostwick, PC
Number Street: 295 Devonshire Street
City: Boston   State: MA   ZIP Code: 02110
Contact phone: 617.956.2670   Email: jeb@bostwicklaw.com
Bar number: 050460
State: MA

✗ _Janet E Bostwick_
Signature of attorney
Date signed: 05/15/2017

---

### Name and mailing address of petitioner

Name: Nestlé USA
Number Street: 800 North Brand Blvd.
City: Glendale   State: CA   ZIP Code: 91203

### Name and mailing address of petitioner's representative, if any

Name: Pete Knox
Number Street: 800 North Brand Blvd.
City: Glendale   State: CA   ZIP Code: 91203

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/12/2017

✗ _[signature]_
Signature of petitioner or representative, including representative's title
Head of Credit & AR Administration

Printed name: Janet E. Bostwick, Esq.
Firm name, if any: Janet E. Bostwick, PC
Number Street: 295 Devonshire Street
City: Boston   State: MA   ZIP Code: 02110
Contact phone: 617.956.2670   Email: jeb@bostwicklaw.com
Bar number: 050460
State: MA

✗ _Janet E Bostwick_
Signature of attorney
Date signed: 05/15/2017

Debtor  Garber Bros., Inc.
        Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Coca-Cola Company | Goods Sold | $ 14,581.04 |
| The Hershey Company | Goods Sold | $ 140,943.09 |
|  |  | $ |
|  | Total of petitioners' claims | $ 155,524.13 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

The Coca-Cola Company
Name

1150 Sanctuary Parkway
Number  Street

Alpharetta          GA       30009
City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

Curtis Marshall
Name

1150 Sanctuary Parkway
Number  Street

Alpharetta          GA       30009
City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/01/2017
             MM / DD / YYYY

X /s/ Curtis Marshall    Dir. of Credit + A/R
Signature of petitioner or representative, including representative's title

**Attorneys**

Janet E. Bostwick, Esq.
Printed name

Janet E. Bostwick, PC
Firm name, if any

295 Devonshire Street
Number  Street

Boston              MA       02110
City                State    ZIP Code

Contact phone  617.956.2670   Email  jeb@bostwicklaw.com

Bar number   050460

State        MA

X /s/ Janet E. Bostwick
Signature of attorney

Date signed  05/15/2017
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor     Garber Bros., Inc.                                Case number (if known) _____
           Name

### Name and mailing address of petitioner

Name: The Hershey Company

Number Street: 100 Crystal A Drive

City: Hershey   State: PA   ZIP Code: 17033

### Name and mailing address of petitioner's representative, if any

Name: Tod Parker

Number Street: 100 Crystal A Drive

City: Hershey   State: PA   ZIP Code: 17033

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

x /s/ Tod A Parker, Sr Mgr Global Credit AR

Signature of petitioner or representative, including representative's title

Printed name: Janet E. Bostwick, Esq.

Firm name, if any: Janet E. Bostwick, PC

Number Street: 295 Devonshire Street

City: Boston   State: MA   ZIP Code: 02110

Contact phone: 617.956.2670   Email: jeb@bostwicklaw.com

Bar number: 050460

State: MA

x /s/ Janet E Bostwick

Signature of attorney

Date signed: 05/15/2017

---

### Name and mailing address of petitioner

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

x _____

Signature of petitioner or representative, including representative's title

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

Contact phone: _____   Email: _____

Bar number: _____

State: _____

x _____

Signature of attorney

Date signed: _____ MM / DD / YYYY

---