Fill in this information to identify the case:

Debtor name: **Garber Bros., Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS - EASTERN DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TEAMSTERS UNION LOCAL 653** 4A HAMPDEN DRIVE SOUTH EASTON, MA 02375-1158 | | | | | | $371,349.15 |
| **DOT FOODS,INC** 4529 SOLUTIONS CENTER CHICAGO, IL 60677-4005 | | | | | | $344,223.77 |
| **PENSKE TRUCK LEASING CO.,L.P** P.O. BOX 827380 PHILADELPHIA, PA 19182-7380 | | | | | | $295,871.20 |
| **NESTLE WATERS NA-INC** P.O. BOX 277015 ATLANTA, GA 30384-7015 | | | | | | $255,878.28 |
| **KEURIG GREEN MOUNTAIN, INC.** PO BOX 607 WATERBURY, VT 05676 | | | | | | $225,169.93 |
| **STORE SUPPLY SPECIALISTS A DIV. OF WOODLAND PART,LLC** 24 WALPOLE PARK SOUTH WALPOLE, MA 02081 | | | | | | $165,990.56 |

Debtor  **Garber Bros., Inc.**  Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| M & M / MARS<br>P. O. BOX 65474<br>CHARLOTTE, NC 28265-0474 | | | | | | $158,697.03 |
| WM. WRIGLEY JR. COMPANY<br>P. O. BOX 70211<br>CHICAGO, IL 60673-1702 | | | | | | $135,847.11 |
| MONDELEZ GLOBAL<br>25988 NETWORK PLACE<br>CHICAGO, IL 60673-1259 | | | | | | $129,451.44 |
| KEEBLER/KELLOGGS SNACKS CO.<br>73342 NETWORK PLACE<br>CHICAGO, IL 60673-1733 | | | | | | $126,619.35 |
| HERSHEY FOODS CORPORATION<br>P.O. BOX 198930<br>ATLANTA, GA 30384-8930 | | | | | | $123,753.55 |
| C & S WHOLESALE GROCERS,INC<br>OLD FERRY ROAD<br>P.O.BOX 225<br>BRATTLEBORO, VT 05301 | | | | | | $123,591.67 |
| WINDWARD PETROLEUM<br>42 RUMSEY ROAD<br>EAST HARTFORD, CT 06108 | | | | | | $120,941.12 |
| SULTANA DISTRIBUTION SERVICE<br>600 FOOD CENTER DRIVE<br>BRONX, NY 10474-7016 | | | | | | $108,540.07 |
| HOSTESS BRANDS LLC<br>P O BOX 205103<br>DALLAS, TX 75320-5103 | | | | | | $105,731.34 |

| Debtor | **Garber Bros., Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMERICAN EXPRESS**<br>**P.O.BOX 1270**<br>**NEWARK, NJ 07101-1270** | | | | | | **$95,645.95** |
| **KRAFT FOODS GLOBAL INC.**<br>**22541 NETWORK PLACE**<br>**CHICAGO, IL 60673** | | | | | | **$94,696.86** |
| **GENERAL MILLS INC**<br>**P.O. BOX 120845**<br>**DALLAS, TX 75312-0845** | | | | | | **$90,572.84** |
| **DESIGNERS CHOICE LLC**<br>**80 EASTERN AVE.**<br>**CHELSEA, MA 02150** | | | | | | **$83,267.23** |
| **BIC CORPORATION**<br>**P.O. BOX 416552**<br>**BOSTON, MA 02241-6552** | | | | | | **$81,171.99** |